UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13
TIMOTHY ROBISON
TAMI ROBISON                              CASE NO. 11-84971

## **NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     JP MORGAN CHASE                   **Court claim #:**   8

**Last four digits** of any number used to identify the debtor's account:    **4912**

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $3892.96 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $3892.96 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan             ☒     Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/30/12                             /s/Lydia S. Meyer
                                                      Lydia S. Meyer, Trustee
                                                      308 W. State St., Suite 212
                                                      Rockford, IL  61101

Certificate of Service

     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 30th Day of November, 2012.

Dated:   11/30/12                             /s/Cynthia K. Burnard

JP MORGAN CHASE
3415 VISION DR
DEPT OH4-7142
COLUMBUS, OH 43219

CHASE
PO BOX 1093
NORTHRIDGE, CA  91328

FISHER & SHAPIRO LLC
ATTORNEY CHRISTOPHER J STASKO
2121 WAUKEGAN ROAD SUITE 301
BANNOCKBURN, IL 60015

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

TIMOTHY ROBISON
TAMI ROBISON
7708 ARLINGTON DRIVE
SPRING GROVE, IL  60081

GERACI LAW LLC
ATTORNEY DAVID M. LULKIN
55 E. MONROE STREET, #3400
CHICAGO, IL  60603